O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LAMONT CLAY,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. 2:17-cv-03081-MWF-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the initial Report and Recommendation of the Magistrate Judge, the Final Report and Recommendation of the Magistrate Judge, and the other records on file herein. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendations to which objections (Dkt. 57) were made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and Petitioner's motions for a hearing and appointment of counsel (Dkt. 29, 39).

DATED: April 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE